IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARITI A. LANE,<br><br>      Plaintiff,<br><br>v.<br><br>BAYHEALTH MEDICAL CENTER, INC.,<br><br>      Defendant. | Civil Action No. 23-102-RGA |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion to Dismiss (D.I. 13) is GRANTED in part and DISMISSED as moot in part.

Plaintiff's failure to accommodate claim under Title VII (Count I) is DISMISSED with prejudice.

Plaintiff's claim under DDEA (Count II) is DISMISSED without prejudice.

IT IS SO ORDERED.

Entered this 5th day of February, 2024

_____
United States District Judge

1