UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-1248
_____

SHARITI A. LANE
           Appellant

v.

BAYHEALTH MEDICAL CENTER, INC.
_____

On Appeal from the United States District Court
for the District of Delaware
(No. 1-23-cv-00102)
U.S. District Judge:  Honorable Richard G. Andrews
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
September 30, 2024
_____

Before:  SHWARTZ, MATEY, and SCIRICA, <u>Circuit Judges</u>.
_____

**JUDGMENT**
_____

    This cause came to be considered on appeal from the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on September 30, 2024.

    On consideration whereof, it is now hereby **ORDERED** that the order of the District Court entered on February 5, 2024, is hereby **AFFIRMED**.  Costs shall be taxed

against Appellant.

    All of the above in accordance with the Opinion of this Court.

                                ATTEST:

                                s/ Patricia S. Dodszuweit
                                Clerk

Dated: November 15, 2024

**Certified as a true copy and issued in lieu of a formal mandate on** December 26, 2024

**Teste:** *[signature]*
**Clerk, U.S. Court of Appeals for the Third Circuit**